**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Bayonne Plant Holding, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>Fermi Equipment Holdco, LLC,<br><br>Defendant. | Civil Case No. 2:26-cv-07904-JXN-JBC<br><br>**NOTICE OF MOTION TO DISMISS IN PART PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**PLEASE TAKE NOTICE** that on a date to be determined by the court, or as soon thereafter as counsel may be heard, Defendant, Fermi Equipment Holdco, LLC ("Fermi"), by and through its undersigned counsel, shall move before the Honorable Julien X. Neals, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint of Plaintiff, Bayonne Plant Holding, L.L.C. ("Bayonne"), in part, to the extent it seeks recovery of restoration-related damages and Daily Charges predicated on Bayonne's alleged performance of restoration work, for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Fermi shall rely upon the accompanying Brief in Support and the pleadings and exhibits of record, including the Equipment Purchase Agreement (Doc. 1-2) and First Amendment to the Equipment Purchase Agreement (Doc. 1-3) each attached to the Complaint.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Oral argument is requested if this Motion is opposed.

Dated: New York, New York
August 24, 2026

SHOOK, HARDY & BACON, L.L.P.

By: *s/Alicia Lipton*
Alicia Lipton
Attorney ID No.: 443802023
1 Rockefeller Plaza, Suite 2801
New York, New Y 10020
Phone: (212) 989-8844
Fax: (929) 501-5455
Email: alipton@shb.com

-and-

Charles F. Zimmer II (La. Bar No. 26759, admitted *pro hac vice*)
Daniel E. Davillier (La. Bar No. 23022, admitted *pro hac vice*)
DAVILLIER LAW GROUP, LLC
935 Gravier Street, Suite 1702
New Orleans, Louisiana 70112
Telephone: (504) 582-6998
Facsimile: (504) 582-6985
Email: czimmer@davillierlawgroup.com
Email: ddavillier@davillierlawgroup.com
*Attorneys for Defendant Fermi Equipment Holdco, LLC*

TO: Lauren S. Rose, Esq.
Michael A. Shaw, Esq.
JONES WALKER LLP
201 South Biscayne Blvd., Ste 3000
Miami, Florida 33131
Phone: (305) 679-5700
Email: lrose@joneswalker.com
Email: tshaw@joneswalker.com
*Attorneys for Plaintiff Bayonne Plant Holding, L.L.C.*

**CERTIFICATION OF SERVICE**

I hereby certify that on this 24th day of August, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notifications to all counsel of record.

*s/Alicia Lipton*
Alicia Lipton